

Connell Foley LLP
875 Third Avenue, 21st Floor
New York, NY 10022
P 212.307.3700  F 212.542.3790

**William D. Deveau**
WDeveau@connellfoley.com

July 29, 2025

**VIA ECF**
The Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

*The requested adjournment is GRANTED.  The initial pretrial conference is adjourned to September 3, 2025 at 3:30 p.m.*

Date:  July 29, 2025
           New York, New York

**SO ORDERED.**

_____
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   Arch Insurance Company v. Scottsdale Insurance Company
       Civil Action No.: 1:25-cv-03133

Dear Judge Rochon:

We represent Plaintiff, Arch Insurance Company ("Arch") in the above-referenced matter. Currently scheduled for July 31, 2025 before Your Honor is an initial pretrial conference. We are writing to request an adjournment of this conference. The defendant Scottsdale Insurance Company has not interposed an Answer and was granted by this Court until August 5, 2025 to do so. In addition, this office filed an Amended Complaint naming an additional defendant this morning. We therefore request that the July 31st Initial Conference be rescheduled to a date after all defendants have interposed their Answers.

Pursuant to Your Honor's Individual Rules, we propose the following three dates: September 3, 2024; September 9, 2025; and September 18, 2025.

March 7, 2025
Page 2

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

William D. Deveau

WDD:abh