UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH INSURANCE COMPANY,
Plaintiff,

-against-

SCOTTSDALE INSURANCE COMPANY,
Defendant.

25-cv-03133 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED that the Court shall hear oral argument on the motion to dismiss the first amended complaint, Dkt. 29, and related briefing, Dkts. 32, 63, 69, on **August 13, 2026**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York.

Dated: August 4, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge