TANENBAUM KEALE LLP
*Attorneys at Law*

William D. Deveau, Esq.
973.358.2667
wdeveau@tktrial.com

August 7, 2026

Plaintiff's request is GRANTED. The Oral Argument previously scheduled for August 13, 2026 at 10:00 a.m. is ADJOURNED until **September 14, 2026** at **11:00 a.m.**

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 71.

Dated: August 7, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**VIA ECF**
The Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re: Arch Insurance Company v. Scottsdale Insurance Company**
**Civil Action No.: 1:25-cv-03133**

Dear Judge Rochon:

We represent Plaintiff, Arch Insurance Company ("Arch") in the above-referenced matter. We write pursuant to Rule 1.F. of Your Honor's Individual Rules to respectfully request that the Oral Argument currently scheduled for August 13, 2026 be adjourned as plaintiff's counsel will be out of town on a pre-planned vacation.

This is Plaintiff's first request for an adjournment of this Oral Argument. Defendant consents to this request and we provide the Court with the following alternative dates of mutual availability: September 14, September 15 and September 16, 2026. This adjournment will not affect other deadlines in this matter.

Your Honor's attention to this matter is greatly appreciated

Respectfully submitted,

TANENBAUM KEALE LLP

*/s/William D. Deveau*
William D. Deveau

cc: *All counsel (Via ECF)*